AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

PERRY A. HOOD,

                Plaintiff,

v.

JOHN J. FRIEL, *et al.,*

                Defendants.

JUDGMENT

Case Number:   3:23-cv-00486-MMD-CLB

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is dismissed. Claims 1 and 2 are dismissed without prejudice and without leave to amend. Claim 3 is dismissed with prejudice.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date: November 15, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk